UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-9-9-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIELLE NICOLE JONES | **ORDER TO SEAL** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 316 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. ____ to counsel for all parties.

SO ORDERED.

This the 25 day of April, 2016.

Honorable James C. Dever, III
Chief United States District Judge