IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-9-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DANIELLE NICOLE JONES, | ) |
| | ) |
| Defendant. | ) |

The United States shall file a response to defendant's motions for a sentence reduction

[D.E. 471, 476]. The response is due not later than May 11, 2018.

SO ORDERED. This ᴄ day of April 2018.

JAMES C. DEVER III
Chief United States District Judge